# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CALVIN BERNARD JEFFERSON

NO. 2023 KW 1294

**MARCH 13, 2024**

---

In Re:     Calvin Bernard Jefferson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 521289.

---

**BEFORE:     GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** Relator failed to prove postconviction relief should be granted and failed to show that his new claims fit one of the narrow exceptions authorizing the filing of a successive APCR. See La. Code Crim. P. art. 930.2 & La. Code Crim. P. art. 930.4.

JMG
WRC
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT